George C. Schrieder, Executor, v. Theresa Doeslaere, Appellant, Gertrude Schrieder, Appellee.

Gen. No. 20,339.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. CHARLES M. FOELL, Judge, presiding. Heard in this court at the March term, 1914. Reversed and remanded. Opinion filed April 26, 1915.

### Statement of the Case.

Bill in interpleader by George C. Schrieder, executor of the last will and testament of Emilie Schrieder,

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

deceased, against Theresa Doeslaere and Gertrude Schrieder to determine which, by assignment, was entitled to the distributive share of William A. Schrieder in the estate. The court adjudged the sum to Gertrude Schrieder and further imposed the costs for filing the bill and fifty dollars for the solicitor's fees of the complainant upon the unsuccessful claimant. From the decree, Theresa Doeslaere appeals.

JAMES F. HUTCHISON, for appellant.

NINIAN H. WELCH, for appellee.

MR. PRESIDING JUSTICE BROWN delivered the opinion of the court.

### Abstract of the Decision.

INTERPLEADER, § 19*—*when attorney's fee improperly allowed.* A decree in interpleader allowing complainant a solicitor's fee out of the fund, and on final hearing of the cause charging it against the unsuccessful claimant, is erroneous.